Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Muhammad, Tyrone T

Printed: 03/24/09

Case Number:  08 B 09603
Judge: Hollis, Pamela S
Filed:  4/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: February 9, 2009
Confirmed:  June 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 830.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 776.05 |
| Trustee Fee: |  | 53.95 |
| Other Funds: |  | 0.00 |
| Totals: | 830.00 | 830.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,431.50 | 776.05 |
| 2. | Portfolio Recovery Associates | Unsecured | 1,572.08 | 0.00 |
| 3. | Dane Co Clerk Of Court | Unsecured | 155.39 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 7,502.17 | 0.00 |
| 5. | Tri Cap Investment Partners | Unsecured | 1,310.50 | 0.00 |
| 6. | ACL Inc | Unsecured | 45.11 | 0.00 |
| 7. | Advantage Mortgage | Secured |  | No Claim Filed |
| 8. | R & R Country Motors | Secured |  | No Claim Filed |
| 9. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 10. | Illinois Dept Of Public Aid | Unsecured |  | No Claim Filed |
| 11. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,016.75 | $ 776.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 53.95 |
|  | $ 53.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Muhammad, Tyrone T

Printed: 03/24/09

Case Number:  08 B 09603
Judge:  Hollis, Pamela S
Filed:  4/18/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*